IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ANITA WALKER**                                                                    **PLAINTIFF**

**v.**                        **Case No. 2:15-cv-00166 KGB**

**JOHN SELIG, in his official capacity**
**as director, Arkansas Department of**
**Human Services**                                                                  **DEFENDANT**

## ORDER

Pursuant to the Order filed this date, the Court dismisses without prejudice this case.

So adjudged this 15th day of January, 2016.

_____
Kristine G. Baker
United States District Judge